UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA NEPHEW, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SANTA ROSA MEMORIAL HOSPITAL, et al.,<br><br>    Defendants. | Case No. 15-cv-01684-JSC<br><br>**ORDER** |

In this action, Plaintiffs contend that Defendants violated the Emergency Medical Treatment and Active Labor Act by turning away Plaintiff Anna Nephew for treatment when she arrived at the emergency room in labor for emergency care. Now pending before the Court is Plaintiffs' Petition for an Order Approving the Compromise of a Pending Action and Disposition of Proceeds of Judgment as to a Minor based on a proposed judgment that Defendants provided pursuant to Federal Rule of Civil Procedure 68. (Dkt. No. 16.) Defendants have not appeared in this action and have not consented to the jurisdiction of a magistrate judge. The Court may not rule on the petition without the consent of all parties. See 28 U.S.C. § 636. Accordingly, all parties are requested to file a notice of consent to proceed before a magistrate judge or declination and request for reassignment by September 25, 2015.

**IT IS SO ORDERED.**

Dated: September 14, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge