1  BARRY VOGEL, STATE BAR NO. 108640
   bvogel@ljdfa.com
2  BRETT SCHOEL, STATE BAR NO. 224212
   bschoel@ljdfa.com
3  **LA FOLLETTE, JOHNSON,**
   **DE HAAS, FESLER & AMES**
4  655 University Avenue, Suite 119
   Sacramento, California 95825
5  Phone:      (916) 563-3100
   Facsimile:  (916) 565-3704
6
7  Attorneys for Defendants
   SANTA ROSA MEMORIAL HOSPITAL and
8  ST. JOSEPH HEALTH

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | ANNA NEPHEW, PETER NEPHEW, AN, KN, and IN, | Case No.: C15-01684-JSC |
14 | | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
15 | Plaintiffs, | |
16 | v. | Action Filed: 04/15/2015 |
17 | SANTA ROSA MEMORIAL HOSPITAL, ST. JOSEPH HEALTH and DOES 1-10, inclusive, | |
18 | | |
19 | | |
20 | Defendants. | |

21

22      Defendants Santa Rosa Memorial Hospital and St. Joseph Health and plaintiffs Anna

23 Nephew, Peter Nephew, AN, KN and IN hereby submit the following stipulation:

24      Pursuant to Federal Rule of Civil Procedure 41(a) and (c), defendants Santa Rosa

25 Memorial Hospital and St. Joseph Health and plaintiffs Anna Nephew, Peter Nephew, AN,

26 KN and IN hereby stipulate to dismiss with prejudice the above-captioned complaint,

27 including all claims that were asserted therein. Each party will bear their own costs and

28

1 | attorneys' fees.

2 | Dated: October 19, 2015              LAW OFFICES OF DOUGLAS C. FLADSETH

_____
DOUGLAS C. FLADSETH
Attorney for Plaintiffs

Dated: October 22, 2015              LA FOLLETTE, JOHNSON
                                     DE HAAS, FESLER & AMES

By_____
BRETT SCHOEL
Attorneys for Defendants
SANTA ROSA MEMORIAL HOSPITAL
and ST. JOSEPH HEALTH

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and plaintiffs' complaint against Santa Rosa Memorial Hospital and St. Joseph Health, including all claims that were asserted therein, is dismissed with prejudice.

IT IS SO ORDERED.

Dated: ~~October ___, 2015~~
       November 5, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge